AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DOUGLAS BANNERMAN

WARRANT FOR ARREST

Case Number: 2003 M 0454RBC - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Douglas Bannerman**
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  X COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to possess with intent to distribute and to distribute marijuana**

in violation of Title __21__ United States Code, Section(s) __846__.

**Robert B. Collings**
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

N*rth Reading*
Boston, MA; November 15, 2003
Date and Location

BY _____

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT_____

WARRANT EXECUTED BY _____
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON __12/03__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ Douglas Bannerman _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____ M _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____